835 A.2d 300

IN THE MATTER OF MICHAEL H. KESSLER, AN ATTORNEY AT LAW (ATTORNEY NO. 257681969)

November 24, 2003.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–177, concluding that **MICHAEL H. KESSLER** of **UNION**, who was admitted to the bar of this State in 1969, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.15(a) (commingling of funds), *RPC* 1.15(d) (failure to abide by recordkeeping rules), *Rule* 1:21–6 (recordkeeping

violations), *RPC* 3.4(c) (knowingly disobeying an obligation under the rules of the tribunal), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **MICHAEL H. KESSLER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.